RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Darryl Henderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DARRYL HENDERSON,<br><br>        Defendant. | Case No. 2:20-cr-00363-APG-VCF<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Darryl Henderson, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including March 19, 2021, within which to file the Defendant's pretrial motions currently due March 5, 2021.

      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 2, 2021, to file any and all responsive pleadings, currently due March 19, 2021.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 9, 2021, to file any and all replies to dispositive motions, currently due March 26, 2021.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery, conduct further investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 4th day of March 2021.

RENE L. VALLADARES  
Federal Public Defender

   */s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

   */s/ Bianca R. Pucci*  
By_____  
BIANCA R. PUCCI  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL HENDERSON,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00363-APG-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS<br>OF LAW AND ORDER |

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　Counsel for the defendant needs additional time to review discovery, conduct further investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

　　2.　The defendant is not incarcerated and does not object to the continuance.

　　3.　The parties agree to the continuance.

　　4.　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

　　5.　Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including March 19, 2021, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 2, 2021, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 9, 2021, to file any and all replies to dispositive motions.

DATED this  5th  day of March 2021.

_____
UNITED STATES DISTRICT JUDGE