RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Darryl Henderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL HENDERSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00363-APG-VC<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 56] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO 30]**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Darryl Henderson, that the Objection deadline to Report and Recommendation (ECF No. 56) to Defendant's Motion to Suppress (ECF No. 30) currently set for October 13, 2021, be vacated and continued and reset to October 27, 2021.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak with her client, review and draft her objections to the Report and Recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsels for the defense sufficient time to review and research the issues.

This is the first stipulation to continue filed herein.

DATED this 12th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DARRYL HENDERSON,<br><br>        Defendant. | Case No. 2:20-cr-00363-APG-VCF<br><br>ORDER |

    IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on October 13, 2021; be filed and continued to October 27, 2021.

    DATED this 12th day of October 2021.

                                                          UNITED STATES MAGISTRATE JUDGE