**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00363-APG-VCF |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| DARRYL HENDERSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on October 27, 2021; be filed and continued to November 3, 2021.

DATED this <u>28th</u> day of October 2021.

_____
UNITED STATES DISTRICT JUDGE

3