RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Darryl Henderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DARRYL HENDERSON,<br><br>            Defendant. | Case No. 2:20-cr-00363-APG-VCF<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 56] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO 30]**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Darryl Henderson, that the Objection deadline to Report and Recommendation (ECF No. 56) to Defendant's Motion to Suppress (ECF No. 30) currently set for November 3, 2021, be vacated and continued and reset to November 30, 2021.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak with her client about potentially resolving the case and to review and draft objections to the Report and Recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsels for the defense sufficient time to review and research the issues.

This is the third stipulation to continue filed herein.

DATED this 3rd day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Katherine A. Tanaka<br>By_____<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | /s/ Bianca R. Pucci<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00363-APG-VCF |
| Plaintiff, | ORDER |
| v. | |
| DARRYL HENDERSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on November 3, 2021; be filed and continued to November 30, 2021.

DATED this  4th   day of November 2021.

_____
UNITED STATES DISTRICT JUDGE

3