UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>DARRYL HENDERSON,<br><br>　　　　Defendant | Case No.: 2:20-cr-00363-APG-VCF<br><br>**Order Accepting Magistrate Judge's Report and Recommendation on Motion to Suppress**<br><br>[ECF Nos. 30, 56] |

　　　Defendant Darryl Henderson filed a motion to suppress and a motion to compel. After conducting an evidentiary hearing, Magistrate Judge Ferenbach denied the motion to compel and recommended that the motion to suppress be denied.[1] ECF No. 56. Mr. Henderson filed an objection to that recommendation. ECF No. 63. I have conducted a *de novo* review of the motion and related papers and reviewed the transcript of the hearing and the evidence offered. Local Rule IB 3-2(b). Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis and factual bases for the decision, and I adopt it as my own.

　　　I HEREBY ORDER that Magistrate Judge Ferenbach's Report and Recommendation **(ECF No. 56) is accepted**. Mr. Henderson's motion to suppress **(ECF No. 30) is denied.**

　　　Dated: January 12, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Judge Ferenbach also denied as moot the government's related motion to strike (ECF No. 50). The government does not appeal that decision.