FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

May 10, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-363-APG-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DARRYL HENDERSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Darryl Henderson to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Darryl Henderson pled guilty. Criminal Indictment, ECF No. 13; Memorandum in Support of Plea, ECF No. 72; Change of Plea, ECF No. 74; Preliminary Order of Forfeiture, ECF No. 75.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 11, 2022, through March 12, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 77-1, p. 5.


This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 76.

On February 17, 2022, the United States Attorney's Office served Maurice James Bean by regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 76-1, p. 3-12.

On February 17, 2022, the United States Attorney's Office attempted to serve Maurice James Bean by certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The status of the mail delivery is unknown because the green card has not returned, and the status is not updated on the USPS website. Notice of Filing Service of Process – Mailing, ECF No. 76-1, p. 3-15.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Keltec, CP33, 22 caliber semi-automatic pistol, bearing serial number M3R01; and
2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED May 10, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE